■ L. Louise Rozwell, Respondent, v Philanz Oldsmobile, Inc., et al., Defendants, and Robert Bond, Individually and as Sales Manager for Philanz Oldsmobile, Inc., Appellant. (Appeal No. 2.)—Judgment unanimously affirmed with costs. Same Memorandum as in *Rozwell v Philanz Oldsmobile* ([appeal No. 1] 187 AD2d 938 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Rosenbloom, J. —Fraud.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.

■ L. Louise Rozwell, Respondent, v Philanz Oldsmobile, Inc., et al., Defendants, and Philip J. Lanzatella, Individually and as President of Philanz Oldsmobile, Inc., Appellant. (Appeal No. 4.)—Appeal unanimously dismissed without costs. Memorandum: This appeal by defendant Lanzatella must be dismissed because no appeal lies from an oral ruling made during the course of trial *(see, Matter of Kurtz,* 144 AD2d 468; *see also, Blaine v Meyer,* 126 AD2d 508; 10 Carmody-Wait 2d, NY Prac § 70:30). (Appeal from Oral Ruling of Supreme Court,

Monroe County, Rosenbloom, J.—Attorneys' Fees.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.